# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CURTIS MAURICE CANADY, JR.,<br>aka "Cash" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**SA13-332M** |

Complaint for violation of Title 18, United States Code, Section 1591(a)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE ARTHUR NAKAZATO | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>July 24, 2013 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) | FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br>AUG - 1 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY           DEPUTY |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNTS ONE AND TWO
[18 U.S.C. § 1591(a)]

On or about July 24, 2013, in Orange County, within the Central District of California, and elsewhere, defendant CURTIS MAURICE CANADY, JR., also known as "Cash," knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means the below listed persons, knowing that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause said persons to engage in a commercial sex act, and knowing that said persons had not attained the age of 18 years and would be caused to engage in a commercial sex act.

| COUNT | MINOR |
|---|---|
| ONE | L.N. |
| TWO | K.C. |

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>STEVEN C. WRATHALL   / S /<br>OFFICIAL TITLE<br>Special Agent – FBI |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>ARTHUR NAKAZATO<br>United States Magistrate Judge | DATE<br>August 1, 2013 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Brown x3505        REC: Detention

# A F F I D A V I T

I, Steven C. Wrathall, being duly sworn, do hereby depose and state:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I have been so employed since approximately February 2009. During my training and experience as a SA, I have experience and have received instruction on writing search warrant affidavits and gathering information for the determination of probable cause. I am currently assigned to investigate the sexual exploitation of children in the Central District of California as part of the Orange County Child Exploitation Task Force ("OCCETF"). OCCETF is responsible for enforcing federal criminal statutes prohibiting the sexual exploitation of children.

## II. PURPOSE AND SCOPE OF THE AFFIDAVIT

2. This affidavit is made in support of a criminal complaint and arrest warrant for CURTIS MAURICE CANADY, JR., also known as "Cash" ("CANADY"), for violations of 18 U.S.C. § 1591(a) (Sex Trafficking of Children or By Force, Fraud, or Coercion).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and requested arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

1

## III. STATEMENT OF PROBABLE CAUSE

**A.     On July 24, 2013, Anaheim Police Department Investigators Encounter a Minor Prostitute in Anaheim, California**

4.     On July 25, 2013, I learned from Anaheim Police Department ("APD") Investigator Shane Carringer that, on the previous evening, members of the APD Vice Unit had spotted two young females walking together in the area of Beach Boulevard and Orange Avenue in Anaheim, California. Based on my training and experience, and information I have learned from law enforcement officers employed by the APD, this area is frequented by prostitutes looking for clients. APD officers approached and spoke with the two females. The first, a sixteen-year-old named L.N., said that she had come to Anaheim to work as a prostitute and estimated that that night she had turned approximately five to six tricks (i.e., performed five to six sexual acts for money). The second female informed investigators that she was eighteen years old and that her name was Kadeejah Henderson ("Henderson"). APD personnel then transported L.N. and Henderson to the APD station for further questioning.

**B.     Statement of L.N. – July 24, 2013**

5.     On or about July 24, 2013, at the APD station, APD Investigators interviewed L.N., who said that she was sixteen years old and had been prostituting for approximately one month. L.N. also said that earlier that evening a female named "Coco" had driven her to Anaheim, where she coincidentally ran into Henderson, whom she knew from Los Angeles. L.N. said she had borrowed the cellular telephone in her possession from another female friend named "Courtney," whom she met through "Coco." APD Investigators asked L.N. for consent to search the cellular telephone in her possession, and L.N. agreed. After discovering Henderson's cellular telephone number and numerous text messages sent between L.N.'s cellular telephone and Henderson's cellular telephone on L.N.'s cellular telephone, as well as an incoming text

2

message asking how much money L.N. had made, APD Investigators advised L.N. of her Miranda rights. L.N. waived her Miranda rights and told the APD Investigators the following:

   a. L.N. said that she had a friend named "Tricky" (later identified as K.C.), who had a pimp. L.N. said her telephone had died, and "Tricky's" pimp gave her the cellular telephone in her possession to use. L.N. denied she had a pimp, and she continued to deny she had come to Anaheim that night with anyone else.

   b. When APD Investigators showed L.N. a black-and-white California Department of Motor Vehicles ("DMV") Image Record photograph of CANADY, L.N. said, "That's Tricky's dude."

   c. When, as a ruse, APD Investigators told L.N. that there was a video recording of her driving in a car with CANADY, L.N. continued to deny that she knew CANADY for several minutes. Eventually, however, L.N. said that CANADY had driven her to Anaheim that night so that she could work as a prostitute. L.N. said that CANADY and Henderson had picked her and "Tricky" up at a motel near Broadway in Los Angeles that she thought was called "Economy." L.N. explained that, when her cellular telephone died, CANADY gave her the cellular telephone found in her possession to use while working as a prostitute.

C.   **Statements of Henderson – July 24 and 25, 2013**

   6. On or about July 24, 2013, APD Investigators interviewed Henderson after advising her of her Miranda rights. Henderson voluntarily waived her Miranda rights and provided the following information:

   a. Henderson said she knew the person pictured in CANADY's DMV Image Record photograph and that his name was "Cash."

3

b. Henderson said she used to be CANADY's girlfriend and that, at the time, she was working as a prostitute.

c. On or about July 18, 2013, Henderson and CANADY exchanged messages via FaceBook. Henderson asked CANADY if she could drive her to Orange County for the purpose of prostitution. CANADY agreed.

d. On July 24, 2013, CANADY did drive Henderson to Anaheim for the purpose of prostitution. (According to Henderson, CANADY drives a four-door compact automobile with faded green paint.) Also in the car during the trip to Anaheim were two other black females that CANADY picked up at an Economy hotel in Los Angeles. Henderson stated that she believed one of the females, later identified as L.N., was seventeen years old. Henderson positively identified the second female (i.e., K.C.) from a photograph shown to her by investigators. (The photograph was from a July 8, 2013, www.backpage.com advertisement ostensibly posted by a person named "Tricky" and described in more detail below in paragraph 17.) Before picking up L.N. and K.C. on July 24, 2013, CANADY told Henderson that he had to go pick up his "bitches." Henderson understood from the word "bitches" and from her past experience with CANADY that, when he made this statement, CANADY meant that L.N. and K.C. were working for CANADY as prostitutes.

e. When on July 24, 2013, CANADY dropped Henderson, L.N., and K.C. off in Anaheim, Henderson told L.N. not to walk the street with her because Henderson was afraid she would get in trouble if she were caught soliciting clients with a minor. Henderson made a plan with L.N. and K.C. to meet where they were dropped off if anything went wrong.

f. Henderson stated that, during the July 24, 2013, drive to Anaheim, she saw CANADY throw a bag into the back seat of the car for L.N. and K.C. to use while they were

working as prostitutes. Henderson also saw CANADY give L.N. a cellular telephone to use because L.N.'s cellular telephone was not working.

  g. L.N. only knows Henderson by the name "Mula."

  h. "Mula" is the passcode to Henderson's cellular telephone.

 7. On or about July 25, 2013, APD Investigators again interviewed Henderson, who voluntarily provided the following information:

  a. CANADY goes by the names "Curtis" and "Cash."

  b. In the FaceBook messages Henderson exchanged with CANADY on or about July 18, 2013, CANADY asked Henderson to work as a prostitute for him, Henderson asked if CANADY was pimping again, and CANADY replied that he was.

  c. When Henderson was seventeen years old, she worked as a prostitute and gave most of the money she earned as a prostitute to CANADY. In the past, CANADY took Henderson to Las Vegas, Nevada, to work as a prostitute. Before driving with CANADY to Anaheim on July 24, 2013, Henderson agreed to work for CANADY as a prostitute and to share any money earned from her prostitution with CANADY.

  d. CANADY told Henderson that L.N. was seventeen years old.

**D. Statement of L.N.'s Mother**

 8. On or about July 25, 2013, APD Sgt. Carringer called a person L.N. had identified as her mother at a telephone number provided by L.N.. A person who identified herself as L.N.'s mother answered Sgt. Carringer's call and told Sgt. Carringer that L.N. had told her that L.N. traveled with a male known as "Cash" to Las Vegas, Nevada, to work as a prostitute.

**E. Statement of L.N. – July 25, 2013**

 9. On July 25, 2013, following Sgt. Carringer's conversation with L.N.'s mother, Sgt. Carringer and I interviewed L.N.. During this interview, L.N. told us the following:

5

a. Approximately one week ago, CANADY took L.N. and "Tricky" to Las Vegas, Nevada, so that L.N. and "Tricky" could work as prostitutes. L.N. said that, while in Las Vegas, she, "Tricky," and CANADY stayed at the Circus Circus hotel and two other motels, which she believed to be the Diamond Inn and Desert Oasis. L.N. said that, during this trip to Las Vegas, she did not make any money but provided CANADY with $40 cash and told him that she had made the money by prostituting.

b. In addition to this trip to Las Vegas, CANADY also took L.N. to prostitute once in Anaheim and twice in Los Angeles on Western Boulevard.

c. L.N.'s agreement with CANADY was to split any money she made from prostitution with him.

d. L.N. told CANADY that she was eighteen years old and never told him she was a juvenile.

F. Arrest and Interview of CANADY

10. On July 25, 2013, APD Investigators found CANADY sitting in the driver's seat of a faded green Mitsubishi Diamante (the "Green Mitsubishi") parked on 66th Street near Denver Avenue in Los Angeles, California. APD Investigator Paul Delgado asked CANADY to get out of his car, and CANADY complied. After frisking CANADY for weapons and drugs, APD Investigator Delgado asked CANADY to sit on a nearby curb. CANADY did so. CANADY was not handcuffed at this time. APD Sgt. Craig Friesen asked CANADY for permission to look through and examine a cellular telephone in CANADY's possession. CANADY agreed and provided APD Sgt. Friesen with the password to unlock the telephone.

11. APD Investigators then interviewed CANADY. At the time of this interview, CANADY was outside of his car, sitting on a nearby curb, and not placed in handcuffs. During this interview, CANADY told APD Investigators the following:

      a.      CANADY is nineteen years old and lives with his mother.

      b.      A sixteen-year-old girl named "Tricky" has been his girlfriend for the past month.

      c.      On July 24, 2013, CANADY took "Tricky" and two other girls named "Mula" and "Shanny" to Anaheim, California, so that they could make money by prostituting themselves.

      d.      In the past, he took "Tricky" one other time to Anaheim and to other places on three or four occasions to work as a prostitute. CANADY knew it was illegal to take juveniles to places to work as prostitutes. CANADY expects to receive some portion of the money "Tricky" earns.

      e.      CANADY has known "Mula" for a couple years. "Mula" contacted him via FaceBook to ask him to take her to Anaheim on July 24, 2013. After picking up "Mula" in Los Angeles, CANADY picked up "Tricky" who was with "Shanny." CANADY brought all three girls to Anaheim to work as prostitutes.

      f.      On Thursday the week before (i.e., approximately July 18, 2013), went to Las Vegas, Nevada, with "Tricky," "Shanny," and "Mula." CANADY used his identification to rent a hotel room in a hotel across the street from the Mandalay Bay hotel. All four stayed in the hotel room CANADY rented Thursday through Sunday.

      g.      When asked if he had ever seen any of "Tricky's" advertisements on the Internet, CANADY said, "I was doin' what they told me to do." CANADY said he allowed "Tricky" to use his telephone to post advertisements on the Internet.

      h.      The purses found in the Green Mitsubishi belonged to the girls he drove to Anaheim the night before, i.e., on July 24, 2013. One of the purses belonged to "Tricky."

12. On July 25, 2013, APD Sgt. Friesen and APD Investigator searched the Green Mitsubishi in which they had encountered CANADY. Inside the Green Mitsubushi, Sgt. Friesen found, among other things, a cellular telephone, on the case of which was written the word "Shanny." In the car's trunk, Sgt. Friesen and Investigator Brydges found women's clothing and purses.

13. Following the interview described in paragraph 11, CANADY was arrested and transported to the Anaheim Detention Facility, where he was booked on charges of Pimping a Minor (California Penal Code § 266h) and Pandering with a Minor (California Penal Code § 266i). During the booking process, $260 in cash was found in the front pocket of CANADY's pants.

14. On July 25, 2013, APD Investigator Delgado conducted an in-custody interview with CANADY. APD Investigator Delgado advised CANADY of his Miranda rights, and CANDY voluntarily waived those rights. During this interview, CANADY made the following statements:

   a. He has known "Tricky" for approximately two months; one month ago he became her boyfriend. Shortly after this, he learned she was a juvenile and a prostitute.

   b. He believed that "Shanny" and "Mula" were older than he was. He used to date "Mula."

   c. On July 24, 2013, CANADY drove "Mula," "Tricky," and "Shanny" from Los Angeles to Anaheim. That night, he lent his cellular telephone to "Shanny" because her cellular telephone died. After dropping them off, he no longer knew what was going on. He drove around the area. Later, "Tricky" met up with him at a restaurant called Ralley's. CANADY was not pimping the girls in Anaheim.

8

d.  The week before he went with "Tricky," "Shanny," and "Mula" to Las Vegas, where they stayed Thursday through Sunday. He did not know the girls were working as prostitutes while he was with them in Las Vegas.

e.  He drove two sixteen-year-olds and an adult to Anaheim. He was there for the girls to help them. He felt bad for driving them to Anaheim so that they could work as prostitutes. He did not see the problem in taking the girls to places where they could prostitute.

### G. APD Investigators Find K.C. ("Tricky") at the Economy Motel in Los Angeles

15. On July 25, 2013, I along with several APD Investigators traveled to the Economy Motel located at 10924 South Broadway in Los Angeles, California. The Economy Motel manager confirmed that CANADY was currently registered in Room #205 and that there was a black female who stayed in the room as well. With the APD Investigators, I went to Room #205, where we encountered a young black female who identified herself as K.C.

16. APD Investigators interviewed K.C., who provided the following information:

a.  K.C. initially denied being involved with CANADY, Henderson, or L.N..

b.  Eventually, however, K.C. admitted to working as a prostitute and providing money to CANADY from her earnings.

c.  K.C. confirmed that she traveled to Las Vegas, Nevada, with L.N. and CANADY so L.N. and K.C. could work as prostitutes. K.C. provided a portion of the money she made in Las Vegas from prostituting to CANADY. CANADY knows she is a prostitute.

### H. K.C.'s Advertisement in www.backpage.com

17. On July 25, 2013 I conducted a search of the website www.backpage.com for the name "Tricky" and found an advertisement posted at 11:36 p.m. on July 8, 2013, titled "T_H_€ P_€_R_F_€_C_T C_H_Ø_I_C_€ - 18." The advertisement reads: "My name is Tricky> I'm a sexy mixed hottie, with magic touch looking To please I'm 5'5 with hazel eyes have sexy curves

in all the right places so If u want some promising fun I'm the one ! Week 60 specials come play I'm waiting for you Call me . . ." The advertisement states that the purported poster's age is eighteen, and provides the following location for the poster: "Palmdale, 14 fwy&Palmdale blvd." The advertisement shows several pictures of a young black female that I recognize as K.C.

I.  **Room Registration Receipt from Diamond Inn in Las Vegas, Nevada**

18.  On July 30, 2013, I received a room registration receipt from the Diamond Inn located at 4605 Las Vegas Boulevard South, Las Vegas, Nevada. The room registration was for Room #19 and was dated July 13, 2013, at 7:50 a.m. The name listed on the room was "Curtis Canady." Accompanying the room registration was a photocopy of CANADY's California ID card.

### IV.  CONCLUSION

19.  Based on all of the foregoing facts, and my training and experience, there is probable cause to believe that CANADY has violated 18 U.S.C. § 1591(a).

/S/
Steven C. Wrathall, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
this __1__ day of August, 2013.

ARTHUR NAKAZATO
United States Magistrate Judge

HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

10