# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | SACR 13-0165-DOC | | Date | March 17, 2014 |
|---|---|---|---|---|

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Julie Barrera | Debbie Gale | Michael Anthony Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Assoc | Interpreter |
|---|---|---|---|---|---|---|---|
| CURTIS MAURICE CANADY, JR. | X | ☐ | Cuauhtemoc Ortega | ☐ | X | | |
| | | | Karren Kenney | ☐ | | X | None |

**PROCEEDINGS:    SENTENCING AND JUDGMENT HEARING    ☐ Contested    X Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **X** Refer to separate Judgment Order.

___ Imprisonment for _Years/months_ on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
___ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay $_____ fine amounts & times determined by P/O.
   ___ Make $_____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____
with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission. _____ Processed statement of reasons.
**X** Bond exonerated as to material witnesses. ___ upon surrender ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, on _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release #_____

___ Present bond to continue as bond on appeal.     Appeal bond set at _____ $_____
___ Filed and distributed judgment. ENTERED.

At the request of the government, material witnesses, K. C. and Kadeejah Henderson, are de-designated. Bonds are exonerated
**X** Other as to material witnesses.

                                                                         : 40
Initials of Deputy Clerk _jcb_

cc: USMO, USPO, PSA